THE CITY OF ST. LOUIS, Respondent, *v.* THE ANCHOR LIFE INSURANCE COMPANY OF NEW JERSEY, Appellant.

1. The City of St. Louis v. The Independent Ins. Co. of Massachusetts, *ante,* p. 146, affirmed.

*Appeal from St. Louis Criminal Court.*

*Woerner & Kehr,* for respondent.

*Hendershott.* and *Chandler,* and *Sharp & Broadhead,* for appellant.

WAGNER, Judge, delivered the opinion of the court.

This case is in all respects similar to the case of The City of St. Louis v. The Independent Ins. Co. of Massachusetts, *ante*, p. 146, and for the reasons therein given the judgment of the Criminal Court must be reversed.   The other judges concur.